| | |
|---|---|
| 1 | JOHN A. RUSSO, City Attorney - State Bar #129729 |
| | RANDOLPH W. HALL, Assistant City Attorney - State Bar #080142 |
| 2 | RACHEL WAGNER, Deputy City Attorney – State Bar #127246 |
| | One Frank H. Ogawa Plaza, 6th Floor |
| 3 | Oakland, California 94612 |
| | Telephone:  (510) 637-0268         Fax:  (510) 238-6500 |
| 4 | 21287:268369 |
| 5 | Attorneys for Defendants |
| | CITY OF OAKLAND and Officer |
| 6 | CHRISTOPHER SAUNDERS |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW MARTIN, | Case No. |
| Plaintiff, | **NOTICE OF REMOVAL OF ACTION (28 U.S.C. Section 1446)** |
| v. | |
| The CITY OF OAKLAND, Officer CHRISTOPHER SAUNDERS (#8254), and DOE #s 1 through 10, | |
| Defendants. | |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:**

**PLEASE TAKE NOTICE** that defendants CITY OF OAKLAND and Officer CHRISTOPHER SAUNDERS hereby request that the state court action described below be removed to this Court pursuant to 28 U.S.C. §1446.

**I.**

On April 2, 2001, the Complaint in the above-entitled action Civil Case No. 837696-3 was filed in the Superior Court of the State of California, County of Alameda and is now pending in that court.

**II.**

On or about April 2, 2001, defendant City of Oakland was served with a copy

of the Complaint. A copy of the Summons and Complaint in the above-entitled action is attached hereto as Exhibit "A." Defendant City of Oakland is informed and believes that none of the named individual defendants has been served with the summons and complaint. These defendants, however, would consent to removal of this action.

**III.**

On May 1, 2001, an Answer was filed in the Superior Court. A copy of the Answer is attached hereto as Exhibit "B".

**IV.**

The above-entitled action is a civil action for violation of plaintiff's civil rights under 42 U.S.C. §1983 based on allegations of deprivation of fourth amendment rights based on excessive force. The Complaint also includes several state tort claims over which this court has supplemental jurisdiction.

**V.**

The Court has original jurisdiction of the above-entitled action pursuant to 28 U.S.C. §1331, and the action may therefore be removed to this Court pursuant to 28 U.S.C. §1441(b).

**VI.**

Written notice of the filing of this Notice of Removal is being served on plaintiff on this date.

///
///
///
///
///
///

NOTICE OF REMOVAL

1 ///

2

3     A true and correct copy of this Notice of Removal is being filed this date with

4 the Clerk of the Superior Court for the State of California, County of Alameda.

5 Dated: May 2, 2001

6           JOHN A. RUSSO, City Attorney
          RANDOLPH W. HALL, Assistant City Attorney
7           RACHEL WAGNER, Deputy City Attorney

8

9
        By: /s/ Rachel Wagner_____
10           Attorneys for Defendants CITY OF OAKLAND
          and Officer CHRISTOPHER SAUNDERS

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

NOTICE OF REMOVAL